389 A.2d 165

Commonwealth v. Drake, Appellant.

Submitted March 21, 1977.
Steven A. Morley, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Randolph L. Goldman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent. Appellant's failure to file a written application under Pa.R.Crim.P. 1100(f) should not be held a waiver of his claim. See, *Commonwealth v. Yancey*, 251 Pa.Super. 478, 380 A.2d 880 (1977) (Dissenting Opinion by HOFFMAN, J.).

WATKINS, former P. J., did not participate in the consideration or decision of this case.